# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2636

_____

|                              |     |                              |
|------------------------------|-----|------------------------------|
| United States of America,    |  *  |                              |
|                              |  *  |                              |
| Appellee,                    |  *  |                              |
|                              |  *  | Appeal from the United States |
| v.                           |  *  | District Court for the       |
|                              |  *  | Western District of Missouri. |
| Matthew M. Cunningham,       |  *  |                              |
|                              |  *  | [UNPUBLISHED]                |
| Appellant.                   |  *  |                              |

_____

Submitted: February 18, 2010
Filed: February 25, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

After Matthew Cunningham pleaded guilty to distributing child pornography, in violation of 18 U.S.C. § 2252(a)(2), the district court[1] sentenced him to 120 months in prison and 8 years of supervised release. Counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

---

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

The sentence, which represents a substantial downward variance from the advisory Guidelines range of 188-235 months, is not unreasonable, see United States v. Lazarski, 560 F.3d 731, 733 (8th Cir. 2009); and having reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____